RECEIVED
SDNY PRO SE OFFICE
2022 FEB 23  AM 10: 03

Clerk
United States District Court
Southern District of New York
The Daniel Patrick Moynihan
U.S. Courthouse – 500 Pearl Street
New York, NY  10007-1312

Brenda C. Armstead, Plaintiff

vs.                                                    Civil Action No.:

Former President Donald J. Trump, Respondent

## Petition to Avert War

1. Basis: Case on file – Armstead vs. Trump, 6:18-cv-1380, Orl 37 TBS RBD, U.S. District Court, Office of the Clerk, U.S. Courthouse, 401 W. Central Blvd., Suite 1200, Orlando, Florida, 32801-0120 failed to go forward for passage due to illegal order issued by Chief Justice Roberts, Jr., USSC, stopping Plaintiff's mail, without legitimate purpose.

2. The result of the failure of this action to go forward was the loss of the Presidency by Trump, the Jan. 6, 2021, Insurrection, causing destruction of property and loss of life, and the current costly Jan. 6 Committee by Washington, D.C., costing taxpayers additional tax dollars.

3. Former President Donald J. Trump is promoting that Election 2020 was stolen from him. He claims that he is a victim of Election Fraud.
The bigger crisis and issue regarding Trump's loss of the Presidency is the following:
Putin and Trump were close friends and had a remarkable relationship. They spoke almost daily maintaining that

3. "Divine Relationship," to keep peace between the U.S. and Russia. However, with Trump leaving the White house, Putin is suffering emotionally the loss of that friendship.

Men rarely cry over emotional losses. They act out. Putin has turned to China for a new relationship but still wants what he had with Trump. Putin is involved in current extreme aggression toward Ukraine because of the loss of his good friend, Trump. That relationship needs to be restored immediate to avert this War with Ukraine.

4. In order to assist Trump in re-connecting with Putin to avert war, Trump's domestic issues need to be resolved. Basis: Every person having information that can be used to prosecute Trump currently, are all liable to obstruction of Justice. They have waited to come forward with this information, making them guilty and Trump can address this, with legal action against each of those parties.

5. Plaintiff seeks from this most Honorable Court, the following:

Orders issued to Former President Donald J. Trump to meet with President Putin of Russia at the United Nations Security Council, to re-establish and re-organize the Russian Military, currently surrounding Ukraine, to become the "New UN Military Peace Keeping Troops" to enforce Peace on Earth with Trump and Putin in charge.

6. The Bible, Mathew, 7:7: "Ask and ye shall receive." As Plaintiff, interested in protecting Earth and life on Earth, I am asking in hopes of receiving.

Certificate of Service

I hereby certify the mailing of the enclosed petition to this most Honorable Court, this Feb. 15, 2022, the Eve of a pending War between Russia and Ukraine, with service to be done by this Court to Former President Donald J. Trumps.

Respectfully Submitted,
Brenda C. Armstead
P.O. Box 181441
Casselberry, Florida 32718

P.O. Box 181441
Casselberry, Florida 32718

Clerk
United States District Court
Southern District of New York
The Daniel Patrick Moynihan
U.S. Courthouse - 500 Pearl Street
New York, NY 10007-1312

Pro Se (TMK)