UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDA C. ARMSTEAD,<br><br>       Plaintiff,<br><br>-against-<br><br>FORMER PRESIDENT DONALD J. TRUMP,<br><br>       Defendant. | 1:22-CV-1498 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued March 9, 2022, dismissing this action without prejudice,

  IT IS ORDERED, ADJUDGED, AND DECREED that under the November 8, 2017 order in *Armstead v. Crist*, ECF 1:17-CV-7537, 4 (S.D.N.Y. Nov. 8, 2017), this action is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 9, 2022
    New York, New York

              /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
              Chief United States District Judge